**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lonnie R. STINNETT, Defendant— Appellant.**

No. 05–30123.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 20, 2006.

Joseph E. Thaggard, Esq., USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David F. Ness, Esq., FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: T.G. NELSON, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Lonnie R. Stinnett appeals from the 63–month sentence following his guilty-plea conviction for assault with a dangerous weapon in violation of 18 U.S.C. §§ 113(a)(3) and 1152.

Stinnett contends that the district court erred in enhancing his sentence based on recklessly endangering others during

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

flight. This contention is belied by the facts and the relevant Guideline provisions. *See* U.S.S.G. §§ 2A1.4, cmt. 1; 3C1.2, cmt. 2.

**AFFIRMED.**